**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Martin Francis Kukol**
758 Edgeley Ln
Lawrenceville, GA 30044−8171

xxx−xx−7724

**Lynn Lizzetta Kukol**
758 Edgeley Ln
Lawrenceville, GA 30044−8171

xxx−xx−8099

Case No.: **19−64087−bem**
Chapter: **13**

## NOTICE TO CHAPTER 13 DEBTOR
## REGARDING DOMESTIC SUPPORT OBLIGATIONS

If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a *Debtor's 11 U.S.C. § 1328 certificate.* The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

This Notice will be served upon Debtor and counsel for Debtor.

March 11, 2020
Date

M. Regina Thomas
Clerk of Court
U. S. Bankruptcy Court

Form 427

United States Bankruptcy Court
Northern District of Georgia

In re:  
Martin Francis Kukol  
Lynn Lizzetta Kukol  
      Debtors

Case No. 19-64087-bem  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: mjf      Page 1 of 1      Date Rcvd: Mar 11, 2020  
                      Form ID: 427     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.  
db/jtdb        Martin Francis Kukol,    Lynn Lizzetta Kukol,    758 Edgeley Ln,    Lawrenceville, GA   30044-8171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:  
         Brian K. Jordan    on behalf of Creditor    Wells Fargo Bank, N.A. ecfganb@aldridgepite.com, bjordan@ecf.inforuptcy.com  
         Mary Ida Townson    courtdailysummary@atlch13tt.com  
         Radha E. Gordon    on behalf of Creditor    Wells Fargo Bank, N.A. Rgordon@aldridgepite.com, ecfganb@aldridgepite.com  
         Robert Scott Rickman    on behalf of Joint Debtor Lynn Lizzetta Kukol rob@thegeorgialawfirm.com, thegeorgialawfirm@gmail.com;robrickman@gmail.com  
         Robert Scott Rickman    on behalf of Debtor Martin Francis Kukol rob@thegeorgialawfirm.com, thegeorgialawfirm@gmail.com;robrickman@gmail.com  
         Sonya M. Buckley    on behalf of Trustee Mary Ida Townson courtdailysummary@atlch13tt.com  
                                                                                                                                TOTAL: 6